ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
　　　Las Vegas Metropolitan Police Department
　　　Officer Michael Souder

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| DONNELL RICHARD REID II, an Individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DARREN PHILLIPS, an individual; M. SOUDER, in his individual and official capacity, THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOE Defendants XI through XX, in their individual and official capacity;<br><br>　　　　Defendants. | CASE NO. 2:19-cv-02035-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR PRE-TRIAL MOTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, by and through Plaintiff, Donnell Richard Reid, II and Defendants the Las Vegas Metropolitan Police Department and Officer M. Souder, and their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Pre-Trial Motions in the above-captioned case sixty days (60) days, up to and including June 7, 2021.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

4814-0822-5249.1

Counsel for Defendant is preparing for and attending multiple unilaterally set depositions in Stewart v. Henderson, Eighth Judicial District Court Case Number A-17-762544-C.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their Pre-Trial Motions by sixty (60) days from the current deadline of April 7, 2021 up to and including June 7, 2021.

| | |
|---|---|
| DATED this 17th day of March, 2021. | DATED this 17th day of March, 2021. |
| LEWIS BRISBOIS BISGAARD & SMITH | E. BRENT BRYSON, LTD. |
| /s/ Robert W. Freeman | /s / E. Brent Bryson |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for the Defendants*<br>*Las Vegas Metropolitan Police Department*<br>*Officer Michael Souder* | E. BRENT BRYSON<br>Nevada Bar No. 4933<br>3202 West Charleston Blvd.<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED

**DATED:** 10:31 am, March 19, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**