ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
    Las Vegas Metropolitan Police Department
    Officer Michael Souder

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| DONNELL RICHARD REID II, an Individual;<br><br>    Plaintiff,<br><br>vs.<br><br>DARREN PHILLIPS, an individual; M. SOUDER, in his individual and official capacity, THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOE Defendants XI through XX, in their individual and official capacity;<br><br>    Defendants. | CASE NO. 2:19-cv-02035-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR PRE-TRIAL MOTIONS**<br><br>**SECOND REQUEST** |

    Pursuant to LR 6-1 and LR 26-4, by and through Plaintiff, Donnell Richard Reid, II and Defendants the Las Vegas Metropolitan Police Department and Officer M. Souder, and their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Pre-Trial Motions in the above-captioned case thirty days (30) days, up to and including July 7, 2021.

    This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

4852-3887-0765.1

Counsel for Defendant is preparing and attending multiple depositions in several different matters. This schedule has greatly telescoped his availability.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their Pre-Trial Motions by sixty (60) days from the current deadline of June 7, 2021 up to and including June 7, 2021.

| | |
|---|---|
| DATED this 7th day of June, 2021. | DATED this 7th day of June, 2021. |
| LEWIS BRISBOIS BISGAARD & SMITH | E. BRENT BRYSON, LTD. |
| /s/ Robert W. Freeman | /s / E. Brent Bryson |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for the Defendants*<br>*Las Vegas Metropolitan Police Department*<br>*Officer Michael Souder* | E. BRENT BRYSON<br>Nevada Bar No. 4933<br>3202 West Charleston Blvd.<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* |

### ORDER

Before the Court is a stipulation by the parties to extend the deadline to file pretrial motions. ECF No. 33. The parties request a 30-day extension on page 1 and then a 60-day extension on page 2. IT IS ORDERED that the parties' stipulation is GRANTED insofar as the deadline for pretrial motions is extended up to and including July 7, 2021.

**IT IS SO ORDERED**

**DATED:** 11:04 am, June 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**