1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DONNELL RICHARD REID II,

                    Plaintiff,

     v.

DARREN PHILLIPS, *et al.*,

                    Defendants.

Case No. 2:19-cv-2035-KJD-BNW

ORDER

On October 21, 2021, the Court granted Defendants Sounder and Las Vegas Metropolitan Police Department's motion for summary judgment. That left one Defendant, Darren Phillips, remaining. On January 25, 2022, Plaintiff's counsel filed a motion to withdraw as attorney, which was granted the next day. Counsel served a copy of the order (#54) granting his withdrawal on Plaintiff and filed Notice of Plaintiff's Last Known Address (#55). Since that date, no party has taken any action of record. On November 2, 2022, the Clerk of the Court filed Notice (#56) that if no action was taken by December 2, 2022, the Court would enter an order of dismissal for want of prosecution. No party responded or took any action of record.

Accordingly, IT IS HEREBY ORDERED that in accordance with Federal Rule of Civil Procedure ("Rule") 58(a) the Clerk of the Court enter **JUDGMENT** for Defendants Sounder and the Las Vegas Metropolitan Police Department and against Plaintiff;

IT IS FURTHER ORDERED that the remaining claims against Defendant Darren Phillips are **DISMISSED with prejudice for want of prosecution** in accordance with Local Rule 41-1 and Rule 41(b);

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS FINALLY ORDERED that the Clerk of the Court enter **JUDGMENT** for

Defendant Darren Phillips and against Plaintiff.

Dated this 27th day of February, 2023.

Kent J. Dawson
United States District Judge